Case 2:22-cv-05848-PA-RAO Document 21 Filed 09/30/22 Page 1 of 2 Page ID #:76

JS-6

William E. von Behren, State Bar No. 106642
bvonbehren@vbhlaw.com\
Carol B. Lewis, State Bar No. 130188
clewis@vbhlaw.com
VON BEHREN & HUNTER LLP
2041 Rosecrans Avenue, Suite 367
El Segundo, CA 90245
Telephone: (310) 607-9111
Facsimile: (310) 615-3006

Attorneys for Defendant
NOVARTIS CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAND SURGICAL INSTITUTE,<br><br>  Plaintiff,<br><br>  v.<br><br>NOVARTIS CORPORATION and DOES 1-10,<br><br>  Defendant. | Case No. 2:22-cv-05848-PA-RAO<br><br>**ORDER ON STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

The Court, having reviewed the parties' Stipulation To Dismiss Entire Action With Prejudice, finds that good cause exists to enter an order approving said Stipulation.

Accordingly,

**IT IS HEREBY ORDERED AS FOLLOWS**:

1. This action, Case No. 2:22-cv-05848-PA-RAO, is dismissed in its entirety, with prejudice; and

/ / /

/ / /

---

[PROPOSED] ORDER ON STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE

2. Each party shall bear their own costs and fees.

**IT IS SO ORDERED**

Dated: September 30, 2022

                                           Percy Anderson
                                   United States District Judge